AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 2:21-mj-04789 | Date and time warrant executed: <br> 10/26/2021; 6:00 AM | Copy of warrant and inventory left with: <br> Sang Jun Cho |
| Inventory made in the presence of: <br> Special Agent Kelly Sullivan |||
| Inventory of the property taken and name of any person(s) seized: <br><br> See Attached FD-597 for both 2:21-mj-04789 (Residence) and 2:21-mj-04790 (Vehicle) <br><br> Total Items collected 132 for both cases. <br><br> 130 items — For 2:21-mj-04789 (Residence): <br><br> 130 items collected from #3 → #132 <br> See attached. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/28/2021

_Young Oh_
Executing officer's signature

Young Oh; Special Agent
Printed name and title

FD-597 (Rev. 6-16-2021)

Page 1 of ~~2~~ 6

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 272L-LA-3047783

On (date): 10/26/2021

Item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Sang Jun Cho

(Street Address) 1138 S. Serrano Ave, #202

(City) Los Angeles, California

Description of Item(s):

1 Documentation of fictious businesses
2 $1400 USD
3 Silver Samsung IMEI 359797/09/325336/5
4 Cell phone in navy case
5 Black Samsung 714-476-8605
6 Cellphone blue case 323-443-0355
7 Cellphone red case
8 Cellphone case 213-532-9332
9 Silver Samsung 323-552-8955
10 Samsung, silver 213-567-1351
11 Black Samsung 213-542-8782
12 Cellphone red case 213-319-0350
13 Cellphone red case 562-337-4885
14 Ipad, white serial # DLXPWJQMG5YM – Password 2029813
15 Clover device serial # K040UQ93070051 – Password 4936
16 ASUS Laptop serial # E8N0CX310104333 – old password 100S, no new password
17 Samsung Chrome Laptop – No Password, uses Guest
18 HP Laptop, serial # CND44B7CNC – No password
19 Black HP Laptop serial # CND55D51DG – No Password; No other users profiles
20 PPP Application docs
21 ASUS Laptop serial # E8N0CX3100S033C – Password money100M
22 Rose Gold Ipad, serial # F9FTH36NHP9X
23 Silver Ipad, serial # F9F575ZYTLMM – Password 000000
24 Silver Ipad, serial # DMPNL0D9GSVY – Password
25 Rose Gold Ipad, serial # DMQYP29LJNVR – Password 000000

Received By: _[Signature]_  Received From: _[Signature]_
(Signature)                  (Signature)

Printed Name/Title: SA Kelly M. Sullivan

Printed Name/Title: Sang Jun Cho

FD-597 (Rev. 6-16-2021)

Page 2 of 6

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 272L-LA-3047783

On (date): 10/26/2021

Item(s) listed below were:
☐ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Sang Jun Cho

(Street Address) 1138 S. Serrano Ave, #202

(City) Los Angeles, California

Description of Item(s):

26 Rose Gold Ipad serial # GCWVPAJFHP9X – Password 000000
27 Silver Ipad, serial # F9FS7394FLMM – Password 000000
28 Tax Forms
29 Cash $16,000
30 Misc credit cards
31 Misc debit cards
32 Misc gift cards
33 Bank docs, mail – Fed/state tax
34 Mail
35 Mail + Receipts
36 Ipad, white serial # FGF2878KMF3N – Password 000000
37 Ipad, black serial # DMPZFQWVMF3M
38 Ipad white serial # DMPZMFG1MF3N
39 Samsung folding phone IMEI # 35675220699672
40 Black Samsung
41 Silver Ipad serial # DMPTNRQWHLF9 – Password 000000
42 Galaxy S7 Edge IMEI# 352330080603074
43 Galaxy S7 Edge IMEI# 352329080901090
44 Silver Samsung 323-378-1562
45 Samsung Galaxy A20 IMEI# 3557201080S1099
46 HP Laptop black CMD55049F9
47 Misc debit cards
48 Debit cards
49 Credit card

Received By: ___[Signature]___   Received From: ___[Signature]___
                (Signature)                            (Signature)

Printed Name/Title: SA Kelly M. Sullivan

Printed Name/Title: ___Sang Jun Cho___

FD-597 (Rev. 6-16-2021)

3 of 6
Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 272L-LA-3047783

On (date) 10/26/2021

Item(s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) Sang Jun Cho

(Street Address) 1138 S. Serrano Ave, #202

(City) Los Angeles, California

Description of Item(s):

50 Galaxy Aid IMEI # 35962010150B762
51 Samsung Galaxy J7 Star Serial # R58KB4PSAKE
52 $4,000 cash
53 Android Z982 serial # 320277095660
54 Samsung Galaxy J7 Retire IMEI # 354255097106431
55 Samsung Galaxy J7 Retire IMEI # 354255097287827
56 Ledger
57 CA ID (including blanks)
58 PNY 256gb thumb drive
59 Gray 64gb thumb drive
60 Staples 16gb thumb drive
61 Samsung Galaxy A20 IMEI # 355720109912752
62 Light gray 64gb thumb drive
63 Black Staples 32gb thumb drive
64 Lexar 32gb white/green thumb drive
65 Blue Staples 16gb thumb drive
66 Samsung Galaxy A20 serial # R58MA0M1LMX
67 Silver Ipad, serial # DMPR52DJFLMK – Password 000000
68 Silver Ipad, serial # F9FSCPZYFLMM – Password 000000
69 Samsung Galaxy Aid serial # RF8MBZ5GWRZ
70 Gold HP laptop, serial # 5CD82061KO
71 Samsung Chrome laptop, serial # 3VPC9FFR204219T
72 Samsung Chrome laptop, serial # 3VPC9FFR204075W
73 Hard drive
74 Credit cards

Received By: _____ (Signature)

Received From: _____ (Signature)

Printed Name/Title: SA Kelly M. Sullivan

Printed Name/Title: Sang Jun Cho

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 272L-LA-3047783

On (date) 10/26/2021

Item(s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name)
Sang Jun Cho

(Street Address)
1138 S. Serrano Ave, #202

(City)
Los Angeles, California

Description of Item(s):

75 Checks and business cards
76 Debit cards
77 Credit cards
78 Iphone w/ clear case
79 Western Union, bank docs, calendar, notes w/ names + numbers
80 Western Union + financial paperwork
81 Silver + black 2bg thumb drive "staples"
82 Yellow Minion thumb drive
83 Black + red Kingston hyper x thumb drive
84 Samsung black w/ red case
85 Black Samsung phone
86 Rose Gold Iphone Hello Kitty Case
87 Silver Ipad serial # TK2D3HLFC – Password 000000
88 White + Silver Ipad serial # DMP5V007HG6V
89 Black Samsung laptop
90 HP laptop + powercord – Password chlgusgml3
91 Misc financial docs
92 Credit card
93 Misc drivers licenses + social security cards
94 Ledgers
95 Gift cards
96 W2
97 Telepoch M3620, IMEI # 990001722165073
98 CD
99 Red bag of checks in various names

Received By: _____ (Signature)
Printed Name/Title: SA Kelly M. Sullivan

Received From: _____ (Signature)
Printed Name/Title: Sang Jun Cho

FD-597 (Rev. 6-16-2021)

Page 5 of 6

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: 272L-LA-3047783

On (date): 10/26/2021

Item(s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) Sang Jun Cho

(Street Address) 1138 S. Serrano Ave, #202

(City) Los Angeles, California

Description of Item(s):

100 Various checks
101 Documents including EDD application + ID documents
102 Tax docs, EDD docs
103 Ipad Silver serial # GCTVNPWLHLF9
104 Folder w/ customer info
105 Tax docs, signed checks, log book
106 Samsung laptop HYVP91RD100166A
107 Misc labels/post-its
108 Galaxy Aid serial # RF8MA2MS0JV
109 LG Stylo 4, IMEI # 352439104282185
110 PPP documents/tax documents
111 Identity docs/CPNs/Passports
112 Misc paper – mail and check books
113 PPP docs/tax docs
114 Folder w/ taxes and other docs
115 4 Samsung phones/2 smart watches/tablet
116 Verizon Samsung tablet FCC1DA3LSMT38N, IMEI # 1355420101886019
117 Samsung silver tablet Model SM- T280 serial # R52HALNEJTA
118 Samsung tablet IMEI # 355420100664805
119 Black card reader
120 Samsung tablet model SMT – T280 serial # R52HB023H3W
121 Ipad Rose Gold, serial # GG7YK2JPJMVR
122 Ipad silver # TKB6LHLJK
123 Ipad Rose Gold – sticky note parkyongmin
124 Acer laptop serial # NUSH7AA0203470F1633400 – NOT TAKEN

Received By: _____ (Signature)    Received From: _____ (Signature)

Printed Name/Title: SA Kelly M. Sullivan

Printed Name/Title: Sang Jun Cho

FD-597 (Rev. 6-16-2021)

6 of 6
Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 272L-LA-3047783

On (date): 10/26/2021

Item(s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name)
Sang Jun Cho

(Street Address)
1138 S. Serrano Ave, #202

(City)
Los Angeles, California

Description of Item(s):

125 Samsung silver tablet serial #R52MB03L7TW
126 Gray Ipad A1893 serial # GG7YH5JZJFBJ
127 Insignia tablet model NSP10A8100FCC1POXMFP10A8100
128 Samsung tablet serial # 1252H71JJBBV
129 Gray Ipad Model A1822 serial # DMPTQP6FHLF9
130 Samsung SMN900V
131 Samsung Galaxy J7 Star IMEI# 359797090764398
132 Check stock, business docs, checkbooks

Received By: _____(Signature)_____   Received From: _____(Signature)_____

Printed Name/Title: SA Kelly M. Sullivan

Printed Name/Title: _____ Sang Jun Cho